KAREN MCCONVILLE, SBN 269234
McConville Law
24 Professional Center Parkway, Suite 240-D
San Rafael, California 94903
Tel: 415-786-7806
Email: kmcconville3@gmail.com

Attorney for
Olvin Cruz-Ochoa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 23-0087-TLT |
|---|---|
| Plaintiff, | **MOTION AND [PROPOSED] ORDER PERMITTING COUNSEL TO BRING LAPTOP INTO SANTA RITA JAIL** |
| v. | |
| Olvin Cruz-Ochoa, | |
| Defendant. | |

Defendant, Olvin Cruz-Ochoa, is currently in custody at Santa Rita Jail. To facilitate effective and efficient attorney-client meetings, including the review of relevant case information, counsel requires the use of a laptop during meetings with the client at the jail.

Accordingly, counsel requests that the Court issue an order permitting counsel to bring a computer, laptop, or tablet into Santa Rita Jail for use during visitation for case purposes only.

Respectfully submitted,

Date: 04/13/23

                                                                                                              _____

                                                                                                              Karen McConville
                                                                                                              Counsel for the Defendant
                                                                                                              Olvin Cruz-Ochoa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVSION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Olvin Cruz-Ochoa,

    Defendant.

Case No.: CR 23-0087-TLT

**[PROPOSED] ORDER PERMITTING COUNSEL TO BRING LAPTOP INTO SANTA RITA JAIL**

## [PROPOSED] ORDER

TO: YESENIA SANCHEZ, SHERIFF OF ALAMEDA COUNTY, AND TO THE ALAMEDA COUNTY SHERIFF'S OFFICE AT SANTA RITA JAIL:

The Court orders that Karen McConville, counsel for defendant, Olvin Cruz-Ochoa, be permitted to bring in and use a computer, laptop, or tablet into Santa Rita Jail during legal visits. Such use is limited to case-related activities. Electronic devices brought into Santa Rita Jail are for the sole purpose of reviewing discovery and legal materials that relate to the criminal case. Counsel shall not access, or attempt to access, the internet or any form of wireless communication (including, but not limited to, WI-FI, LTE, 4G, etc.) with the device while in the jail.

Alameda County Sheriff's Office staff may inspect the device for the limited purpose of, and only to the extent necessary for, ensuring that wireless communication is disabled.

IT IS SO ORDERED.

_____  
Date

_____  
United States District Judge Trina L. Thompson