ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7027
    Emily.Dahlke@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:23:CR-00087 TLT |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| OLVIN OCHOA-CRUZ; | |
| DARWIN OCHOA-CRUZ; | |
| CARLOS RIVAS | |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against defendants OLVIN OCHOA-CRUZ, DARWIN OCHOA-CRUZ, and CARLOS RIVAS without prejudice.

DATED: July 25, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*Thomas A. Colthurst*
_____
THOMAS A. COLTHURST
Chief, Criminal Division

NOTICE OF DISMISSAL
3:23:CR-00087 TLT _____

1 | Leave is granted to the government to dismiss the indictment against defendants OLVIN
2 | OCHOA-CRUZ, DARWIN OCHOA-CRUZ and CARLOS RIVAS without prejudice.
3
4
5 | Date: July 25, 2023
6 | HON. TRINA L. THOMPSON
    United States District Judge

NOTICE OF DISMISSAL
3:23:CR-00087 TLT _____